· Att. Court of Criminal Appeals.

7-21-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

Rule 68.2 Time to file Petition

(C) Extension of Time. The Court of Criminal Appeals May Extend the time file a Petition for Discretionary review if a Party files a Motion Complying with Rule 10.5 No Later than 15 Days after the Last Day for Filing the Petition. The Court of Criminal Appeal May Extend the time to file a response or Reply if a Party files a Motion Complying with Rule 10.5(a) Either Before or the response or reply is Due → [Filing Petition Discretionary review.]

(Court has not Send Transcp. for Trail 10-24-14.)

EFF. Sept. 1, 1997 Amended By the Court of Criminal Appeals July 12, 2001, EFF. Sept. 1, 2011.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

1961620

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        07/21/15
MI59/KST5757              IN-FORMA-PAUPERIS DATA                  07:34:19
TDCJ#: 01961670 SID#: 03555414 LOCATION: MICHAEL        INDIGENT DTE: 06/11/15
NAME: FERGUSON,LUTHER CARL              BEGINNING PERIOD: 01/01/15
PREVIOUS TDCJ NUMBERS: 00426969
CURRENT BAL:          0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:       150.00
6MTH DEP:           518.81 6MTH AVG BAL:       52.45 6MTH AVG DEP:        86.47
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
06/15      51.67            0.00       03/15     219.85           200.00
05/15     100.02          100.00       02/15      94.75            94.75
04/15     177.55           50.00       01/15      50.00            74.06
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Anderson_
ON THIS THE 21 DAY OF _July, 2015_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

KISHA N STOTTS
NOTARY PUBLIC
STATE OF TEXAS
COMM EXPIRES
3-20-2016
"NOTARY WITHOUT BOND"